UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:13-CV-11900-IT

HERBERT DAVIS,
    Plaintiff

v.

PAUL MURPHY, STEPHEN MEADE,
and STEPHEN McMANUS, as
individuals
    Defendants

## [PROPOSED] ORDER COMPELLING DARREN SHERIDAN'S DEPOSITION TESTIMONY

This Court hereby orders Mr. Darren Sheridan to appear at a deposition to provide testimony relating to his personal knowledge of matters relevant to the above-referenced case. Mr. Sheridan is required to appear on April 7, 2015 at 10:00 a.m. at Boston City Hall, 1 City Hall Square – Room 615, Boston, MA 02201.

*Defendants shall serve a copy of this order on Mr. Sheridan.*

_____
HON. INDIRA TALWANI
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

3/27/15