UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HERBERT DAVIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 13-cv-11900-IT |
| v. | * | |
| | * | |
| PAUL W. MURPHY, STEPHEN M. MEADE, and STEPHEN C. MCMANUS, in their individual capacities, | * * * | |
| | * | |
| Defendants. | * | |

CORRECTED ORDER

April 19, 2017

TALWANI, D.J.

Plaintiff Herbert Davis' Motion for an Order that the Touhy Regulations and Privacy Act Are Not a Bar to the FBI's Release of Information Concerning Darren Sheridan [#144] was filed with this court on February 27, 2017. Having read its contents, Plaintiff's motion is ALLOWED. IT IS HEREBY ORDERED THAT:

This Court finds that Darren Sheridan, through his testifying at a deposition in this case concerning his role as an FBI informant, has impliedly consented within the meaning of the Touhy regulations to the release of the information and materials requested by Plaintiff in his Touhy letter and subpoena dated January 3, 2017, and his Touhy letter dated January 9, 2017. This Court further Orders, pursuant to subsection (b)(11) of the Privacy Act (5 U.S.C. § 52a), that the information and materials requested in Plaintiff's aforementioned letters be disclosed.

IT IS SO ORDERED.

                                                                /s/ Indira Talwani
                                                                United States District Judge