# United States Court of Appeals
## For the First Circuit

No. 20-1582

HERBERT DAVIS

Plaintiff - Appellee

v.

STEPHEN C. MCMANUS, in his individual capacity

Defendant - Appellant

PAUL W. MURPHY, in his individual capacity;
STEPHEN M. MEADE, in his individual capacity

Defendants

**JUDGMENT**

Entered: October 16, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jeffrey P. Wiesner
Jason G. Benzaken
Jennifer McKinnon
Nicole Marie O'Connor
Nieve Anjomi
Jacob Goodelman
Susanne G. Reardon
Brian M. LaMacchia